UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL GUILLEN JUAREGUI, Petitioner, v. KAREN SEIBEL, Warden, Respondent. | Case No. 16-cv-07177-HSG (PR) **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION** Re: Dkt. No. 10 |

Good cause appearing, Petitioner's request for an extension of time to file an opposition to Respondent's motion to dismiss is GRANTED. Petitioner shall file his opposition no later than **May 24, 2017**. Respondent shall file her reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated: 5/2/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge