UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL GUILLEN JUAREGUI, Petitioner, v. CHARLES CALLAHAN, Warden, Respondent. | Case No. 16-cv-07177-HSG (PR) **JUDGMENT** |

For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/30/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge